1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9                   FOR THE EASTERN DISTRICT OF CALIFORNIA
10

11  KIMBERLY J. HAMILTON,                     No. 2:15-cv-2016-KJN

12              Plaintiff,

13       v.                                   ORDER

14  COMMISSIONER OF SOCIAL
    SECURITY,
15

16              Defendant.

17

18       Plaintiff has requested leave to proceed without the prepayment of fees and costs, also

19  referred to as *in forma pauperis*, pursuant to 28 U.S.C. § 1915.[1]  Plaintiff submitted the required

20  affidavit, which demonstrates that plaintiff is unable to prepay fees and costs or give security for

21  them.  Accordingly, the request to proceed *in forma pauperis* is granted.  See 28 U.S.C. §

22  1915(a).

23       For the foregoing reasons, IT IS HEREBY ORDERED that:

24       1.   Plaintiff's request to proceed *in forma pauperis* (ECF No. 3) is granted.

25       2.   Service of process is appropriate for the Commissioner of Social Security.

26       3.   The Clerk of the Court is directed to serve the undersigned's scheduling order in

27  ─────────────────────────
    [1] This case was referred to the undersigned pursuant to E.D. Cal. L.R. 302(c)(15).
28

                                             1

1  Social Security cases.

2      4.    The Clerk of the Court is further directed to serve a copy of this order on the United States Marshal.

3      5.    Within fourteen (14) days from the date of this order, plaintiff shall submit to the United States Marshal an original and five copies of the completed summons, five copies of the complaint, five copies of the scheduling order, and a completed USM-285 form, *and shall file a statement with the court that such documents have been submitted to the United States Marshal.*

4      6.    The United States Marshal is directed to serve all process without prepayment of costs not later than sixty (60) days from the date of this order.  Service of process shall be completed by delivering a copy of the summons, complaint, and scheduling order to the United States Attorney for the Eastern District of California, and by sending two copies of the summons, complaint, and scheduling order by registered or certified mail to the Attorney General of the United States at Washington, D.C.  See Fed. R. Civ. P. 4(i)(1)(A) & (B).  The Marshal shall also send a copy of the summons, complaint, and scheduling order by registered or certified mail to the Commissioner of Social Security, c/o Office of General Counsel, Region IX, 160 Spear Street, Suite 800, San Francisco, CA, 94105-1545.  See Fed. R. Civ. P. 4(i)(2).

5      7.    The parties are advised of Local Rule 110, which provides: "Failure of counsel or of a party to comply with [the court's Local] Rules or with any order of the Court may be grounds for imposition by the Court of any and all sanctions authorized by statute or Rule or within the inherent power of the Court."

IT IS SO ORDERED.

Dated:  October 9, 2015

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE